# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:15-CR-78 |
| | ) | JUDGE JORDAN |
| BENJAMIN JOSEPH SHOOK | ) | |

## SENTENCING MEMORANDUM

Benjamin Joseph Shook, by counsel, files this Sentencing Memorandum reflecting his position with respect to a reasonable sentence. The Presentence Investigation Report establishes an advisory guideline range of Life based upon a total offense level of 43 and a criminal history category of IV. Mr. Shook is also subject to a 20-year mandatory minimum as to Count 1; a 10-year mandatory minimum as to Counts 2 and 3, respectively; and a 5-year mandatory minimum as to Count 5. Cumulatively these statutory mandatory minimum sentences provide for no less than 30 years incarceration to be followed by five years consecutive as to Count 5. Mr. Shook has confirmed his acceptance of this sentence as reflected in a signed letter indicating his position as to sentencing and his desire to proceed to sentencing under these circumstances. The letter will be filed separately under seal.

RESPECTFULLY SUBMITTED:

FEDERAL DEFENDER SERVICES OF
EASTERN TENNESSEE, INC.

BY:     s/ *Tim S. Moore*
        Tim S. Moore
        BPR No. 011071
        Federal Defender Services
        129 West Depot Street, Suite 1
        Greeneville, TN  37743
        (423) 636-1301

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 30, 2016, a copy of the foregoing Sentencing Memorandum was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

s/ *Tim S. Moore*